**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  CUNNINGHAM, JOSHUA ALLEN    § Case No. 17-10253
        CUNNINGHAM, AMY JASURDA     §
                                    §
                                    §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/31/2017. The undersigned trustee was appointed on 03/31/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $        90,500.00

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                                     57,581.55
    Administrative expenses                                    10,319.58
    Bank service fees                                             123.25
    Other payments to creditors                                     0.00
    Non-estate funds paid to 3rd Parties                            0.00
    Exemptions paid to the debtor                                   0.00
    Other payments to the debtor                                    0.00

    Leaving a balance on hand of[1]                 $         22,475.62

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/14/2017 and the deadline for filing governmental claims was 09/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,775.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,775.00, for a total compensation of $7,775.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $190.01 for total expenses of $190.01[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2017                    By: /s/ Richard M. Fogel
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-10253
**Case Name:** CUNNINGHAM, JOSHUA ALLEN
CUNNINGHAM, AMY JASURDA
**For Period Ending:** 12/18/2017

**Trustee Name:**   (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):**   03/31/2017 (f)
**§ 341(a) Meeting Date:**   05/15/2017
**Claims Bar Date:**   09/14/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>414 Rambler, Streamwood, IL 60107 Single-family home Entire property value: $150,000.00.  Co-owned with ex-boyfriend.  Sale of estate's interest in property approved per order of court dated 7/31/17. | 75,000.00 | 7,055.50 | | 90,500.00 | FA |
| 2 | Automobile<br>2016 Subaru Outback, 17,000 miles. NO EQUITY/CLAIMED AS EXEMPT PROPERTY | 29,400.00 | 0.00 | | 0.00 | FA |
| 3 | Automobile<br>2015 Nissan Murano, 19,000 miles. NO EQUITY/CLAIMED AS EXEMPT PROPERTY | 29,875.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods<br>Furniture, linens, small appliances, table & chairs, bedroom set- CLAIMED AS EXEMPT PROPERTY | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics<br>4 TVs, 2 DVD player, 13 video game systems, stereo, 2 computers, 2 tablets, 2 cell phones, 200 video games- CLAIMED AS EXEMPT PROPERTY | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel<br>Everyday clothes, shoes, accessories- CLAIMED AS EXEMPT PROPERTY | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry<br>Wedding rings- CLAIMED AS EXEMPT PROPERTY | 2,400.00 | 0.00 | | 0.00 | FA |
| 8 | Health aids<br>BS-Tester, Albuterol Pump, Nebulizer- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Cash<br>Cash | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

| | Exhibit A |
|---|---|
| | Page: 2 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 17-10253 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | CUNNINGHAM, JOSHUA ALLEN<br>CUNNINGHAM, AMY JASURDA | Date Filed (f) or Converted (c): | 03/31/2017 (f) |
| | | § 341(a) Meeting Date: | 05/15/2017 |
| For Period Ending: | 12/18/2017 | Claims Bar Date: | 09/14/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Bank Account<br>Savings Account: Allied Bank | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Bank Account<br>Savings Account: Chase- CLAIMED AS EXEMPT PROPERTY | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Bank Account<br>Checking Account: Chase- CLAIMED AS EXEMPT PROPERTY | 984.00 | 0.00 | | 0.00 | FA |
| 13 | Bank Account<br>Checking Account: Allied Bank-CLAIMED AS EXEMPT PROPERTY | 1,132.00 | 0.00 | | 0.00 | FA |
| 14 | Bank Account<br>Checking Account: Chase- CLAIMED AS EXEMPT PROPERTY | 3,802.00 | 0.00 | | 0.00 | FA |
| 15 | Past due child support<br>CLAIMED AS EXEMPT PROPERTY | 6,000.00 | 0.00 | | 0.00 | FA |
| 16 | Insurance policy<br>Term life insurance for son $0 cash value- CLAIMED AS EXEMPT PROPERTY | 0.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets     Totals**    (Excluding unknown values) | **$153,943.00** | **$7,055.50** | | **$90,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     12/30/2017          **Current Projected Date Of Final Report (TFR):**     12/30/2017

UST Form 101-7-TFR (5/1/2011)

|   |   | Exhibit B |
|---|---|---:|
|   |   | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-10253 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | CUNNINGHAM, JOSHUA ALLEN<br>CUNNINGHAM, AMY JASURDA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3360 | Account #: | ******9100 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|   |   | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/2017 |   | CHICAGO TITLE AND TRUST CO fbo JAMES BAILEY | Proceeds of sale per o/c 7-31-17 |   | 22,598.87 |   | 22,598.87 |
|   | {1} | CHICAGO TITLE AND TRUST CO fbo JAMES BAILEY | Proceeds of sale (50%) per o/c 7-31-17<br>$90,500.00 | 1110-000 |   |   | 22,598.87 |
|   |   |   | Proration for county real estate taxes (50%)<br>-$1,500.36 | 2820-000 |   |   | 22,598.87 |
|   |   |   | Title insurance (50%)<br>-$959.00 | 2500-000 |   |   | 22,598.87 |
|   |   |   | County and state transfer taxes (50%)<br>-$135.75 | 2820-000 |   |   | 22,598.87 |
|   |   | Wells Fargo Home Mortgage | Payoff of First Mortgage (50%)<br>-$57,581.55 | 4110-000 |   |   | 22,598.87 |
|   |   | Keller Williams Infinit | Listing broker commission (50%)<br>-$3,305.00 | 3510-000 |   |   | 22,598.87 |

{} Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                     ! - transaction has not been cleared

Exhibit B
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-10253 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | CUNNINGHAM, JOSHUA ALLEN / CUNNINGHAM, AMY JASURDA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3360 | Account #: | ******9100 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Baird & Warner | Buyer's broker commission (50%) -$2,125.00 | 3510-000 |  |  | 22,598.87 |
|  |  |  | Other closing costs (50%) -$2,294.47 | 2500-000 |  |  | 22,598.87 |
| 08/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 24.92 | 22,573.95 |
| 09/29/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 31.38 | 22,542.57 |
| 10/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 34.58 | 22,507.99 |
| 11/30/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 32.37 | 22,475.62 |

|  | COLUMN TOTALS | 22,598.87 | 123.25 | $22,475.62 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
|  | Subtotal | 22,598.87 | 123.25 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | NET Receipts / Disbursements | $22,598.87 | $123.25 |  |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | |
|---|---|
| **Case No.:** | 17-10253 |
| **Case Name:** | CUNNINGHAM, JOSHUA ALLEN<br>CUNNINGHAM, AMY JASURDA |
| **Taxpayer ID #:** | **-***3360 |
| **For Period Ending:** | 12/18/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9100 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9100 Checking | $22,598.87 | $123.25 | $22,475.62 |
| | $22,598.87 | $123.25 | $22,475.62 |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

## Exhibit C

**Case: 17-10253**                                        **JOSHUA ALLEN CUNNINGHAM AND AMY**

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/14/17 | | $7,775.00<br>$7,775.00 | $0.00 | $7,775.00 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/18/17 | | $190.01<br>$190.01 | $0.00 | $190.01 |
| | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>10/12/17 | | $1,224.00<br>$1,224.00 | $0.00 | $1,224.00 |
| 1 | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/16/17 | | $14,834.34<br>$14,834.34 | $0.00 | $14,834.34 |
| 2 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/19/17 | | $12,183.54<br>$12,183.54 | $0.00 | $12,183.54 |
| 3 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Claim withdrawn 9/21/17- Claim against Joshua only | Unsecured<br>06/23/17 | | $11,162.28<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Exhibit C

Case: 17-10253　　　　　　　　　　JOSHUA ALLEN CUNNINGHAM AND AMY

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Capital One, N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/29/17 | | $9,496.03 $0.00 | $0.00 | $0.00 |
| | Disallowed per o/c 12-18-17- Claim against Joshua only | | | | | |
| 5 | TD Bank, USA by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/30/17 | | $3,134.94 $0.00 | $0.00 | $0.00 |
| | Claim withdrawn 10/5/17- Claim against Joshua only | | | | | |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/17 | | $4,549.39 $4,549.39 | $0.00 | $4,549.39 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/17 | | $18,472.96 $0.00 | $0.00 | $0.00 |
| | Claim withdrawn 9/25/17- claim against Joshua only | | | | | |
| 8 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/20/17 | | $122.69 $0.00 | $0.00 | $0.00 |
| | Claim withdrawn 9/29/17- claim against Joshua only | | | | | |

## Exhibit C

## Exhibit C

Case: 17-10253                                              JOSHUA ALLEN CUNNINGHAM AND AMY

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/04/17 | | $367.86<br>$367.86 | $0.00 | $367.86 |
| 10 | American Express Bank, FSB c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/14/17 | | $4,868.90<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn 9/26/17- claim against Joshua only | | | | | |
| 11 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/18/17 | | $366.50<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn 9/26/17- claim against Joshua only | | | | | |
| 12 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/11/17 | | $3,591.29<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn 10/5/17- Claim against Joshua only | | | | | |
| 13 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/11/17 | | $3,754.11<br>$0.00 | $0.00 | $0.00 |
| | Claim against Joshua only- creditor consented to no dividend in lieu of claim withdrawal via email on 10/9/17 | | | | | |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

## Exhibit C

Case: 17-10253      JOSHUA ALLEN CUNNINGHAM AND AMY

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | U.S. Department of Education c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/11/17 | | $45,323.75<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn 10/12/17- Claim against Joshua only | | | | | |
| 15 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD)<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/17 | | $1,559.24<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn 10/4/17- claim against Joshua only | | | | | |
| 16 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (OLD NAVY VISA CARD)<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/17 | | $1,694.48<br>$1,694.48 | $0.00 | $1,694.48 |
| 17 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (SAMS CLUB MASTERCARD)<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/17 | | $569.46<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn 10/4/17- claim against Joshua only | | | | | |
| | | | | Case Total: | $0.00 | $42,818.62 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-10253
Case Name: JOSHUA ALLEN CUNNINGHAM AND AMY JASURDA CUNNINGHAM
Trustee Name: Richard M. Fogel

**Balance on hand:**   $         22,475.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $       0.00
Remaining balance:    $       22,475.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 7,775.00 | 0.00 | 7,775.00 |
| Trustee, Expenses - Richard M. Fogel | 190.01 | 0.00 | 190.01 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 1,224.00 | 0.00 | 1,224.00 |

Total to be paid for chapter 7 administrative expenses:    $       9,189.01
Remaining balance:    $       13,286.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $       0.00
Remaining balance:    $       13,286.61

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 13,286.61 |

**UST Form 101-7-TFR(5/1/2011)**

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $33,629.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.5 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | TD Bank, USA by American InfoSource LP as agent | 14,834.34 | 0.00 | 5,860.85 |
| 2 | Discover Bank Discover Products Inc | 12,183.54 | 0.00 | 4,813.55 |
| 3 | Commerce Bank | 0.00 | 0.00 | 0.00 |
| 4 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |
| 5 | TD Bank, USA by American InfoSource LP as agent | 0.00 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 4,549.39 | 0.00 | 1,797.40 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 0.00 | 0.00 | 0.00 |
| 8 | Capital One, N.A. c/o Becket and Lee LLP | 0.00 | 0.00 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 367.86 | 0.00 | 145.34 |
| 10 | American Express Bank, FSB c/o Becket and Lee LLP | 0.00 | 0.00 | 0.00 |
| 11 | American Express Centurion Bank c/o Becket and Lee LLP | 0.00 | 0.00 | 0.00 |
| 12 | Synchrony Bank c/o PRA Receivables Management, LLC | 0.00 | 0.00 | 0.00 |
| 13 | Citibank, N.A. | 0.00 | 0.00 | 0.00 |
| 14 | U.S. Department of Education c/o FedLoan Servicing | 0.00 | 0.00 | 0.00 |
| 15 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD) | 0.00 | 0.00 | 0.00 |
| 16 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (OLD NAVY VISA CARD) | 1,694.48 | 0.00 | 669.47 |
| 17 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (SAMS CLUB MASTERCARD) | 0.00 | 0.00 | 0.00 |

    Total to be paid for timely general unsecured claims:     $    13,286.61
    Remaining balance:     $    0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**