# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-10253 |
| | ) | |
| Joshua Allen Cunningham and Amy Jasurda Cunningham, | ) ) | Chapter 7 |
| Debtor. | ) | Judge Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on January 19, 2018, I caused a true and correct copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0496799.DOC}

# Mailing Information for Case 17-10253

## Electronic Mail Notice List

- Monette W Cope    ecfnil@weltman.com
- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
- Ricardo Gomez    ndil@geracilaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Dana N O'Brien    dana.obrien@mccalla.com, NDistrict@mccalla.com;veronica.frausto@mccalla.com
- Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com

## Manual Notice List (Via U.S. Mail)

TD Bank, USA by
American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Discover Bank Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Commerce Bank
P O BOX 419248
KCREC-10
Kansas City, MO 64141-6248

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

PYOD, LLC its successors and assigns
as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Synchrony Bank c/o PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(AMAZON.COM STORE CARD)
POB 41067
Norfolk, VA 23541